**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 09-cv-00849-CMA-BNB

BONNIE ANDRIKOPOULIS,

    Petitioner,

v.

THE UNITED STATES,

    Respondent.
_____

ORDER TO SERVE
_____

This matter is before the Court on review of the file. On April 13, 2009, Petitioner filed her Petition to Quash IRS Summons (Doc. # 1). The Petition fails to comply with D.C.COLO.LCivR 51.(F), which states in pertinent part:

> **Certificate of Service.** Each paper, other than one filed *ex parte*, shall be accompanied by a certificate of service indicating the date it was served, the name and address of the person to whom it was sent, and the manner of service.

Accordingly, it is

ORDERED that Petitioner is directed to effect service of the Petition on Respondent on or before April 30, 2009, or this action shall be dismissed without further notice.

DATED: April 17, 2009.

                                    BY THE COURT:

                                    */s/ Christine M. Arguello*
                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge