IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00849-CMA-BNB

BONNIE ANDRIKOPOULOS,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant.

**ORDER ADOPTING AND AFFIRMING FEBRUARY 1, 2010
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This matter is before the Court on the February 1, 2010 Recommendation by the Magistrate Judge that Defendant's "Motion to Dismiss" be granted for lack of subject matter jurisdiction. (Doc. # 17.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 28 at 20.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party. "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir.1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended

to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

The Court is satisfied that the Recommendation of the Magistrate Judge is sound and that "there is no clear error on the face of the record." See Fed. R. Civ. P. 72(b) Advisory Committee Notes. The Court agrees that Plaintiff's "Petition to Quash Summons" (Doc. # 1) is untimely[1] and, thus, the Court lacks subject matter jurisdiction. Accordingly, it is hereby

ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 17), filed February 1, 2010, is ACCEPTED, and, for the reasons cited therein, Defendant's Motion to Dismiss, filed July 1, 2009 (Doc. # 5) is GRANTED and this civil action is DISMISSED.

DATED: February  24 , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

---

[1] *Faber v. United States*, 921 F.2d 1118, 1120 (10th Cir. 1990) ("[A] taxpayer's motion to quash an IRS third party summons must be filed within twenty days from the date notice is sent or personally served to avoid dismissal by a district court."). Here, the IRS gave notice on March 6, 2009. (Doc. # 6, ¶¶ 5, 6.) Thus, Plaintiff had until March 26, 2009 to file her petition. It was not filed until April 13, 2009. (Doc. # 1.)